ROBERSON v. STATE.    (No. 5462.)

(Court of Criminal Appeals of Texas. Oct. 15, 1919.)

Appeal from District Court, Trinity County; E. A. Berry, Judge.

Allen Roberson was convicted for violating the Local Option Law prohibiting sale of intoxicating liquors, and he appeals. Appeal dismissed.

E. A. Berry, Asst. Atty. Gen., for the State.

MORROW, J. This conviction is for violation of the Local Option Law prohibiting the sale of intoxicating liquors.

We find in the record a motion to withdraw the appeal, which is duly signed and verified by the appellant.

The motion is granted, and the appeal dismissed.